UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| AMERICOLOR CORPORATION, a California corporation, ,<br><br>Plaintiff,<br><br>v.<br><br>KOSTO FOOD PRODUCTS CO., an Illinois corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:16-cv-00029-CJC-KES<br>**CONSENT JUDGMENT**<br>Judge: Hon. Cormac J. Carney<br>[Complaint Filed: January 7, 2016] |

This stipulation is entered into by and between plaintiff AmeriColor Corporation ("AmeriColor") and defendant Kosto Food Products Co. ("Kosto"), through their respective counsel, as follows:

WHEREAS AmeriColor filed a complaint in this action on January 7, 2016 against Kosto for trade dress infringement and false designation of origin under the Lanham Act, 15 U.S.C. § 1125(a); unfair competition under California Business & Professions Code §§ 17200 *et seq.*; and unfair competition in violation of California common law (the "Action").

WHEREAS AmeriColor and Kosto (collectively, the "Parties") have entered into a confidential settlement agreement and have agreed to a final resolution of the Action on the terms and conditions set forth therein.

WHEREAS, as part of this settlement, the Parties agree and stipulate to this Consent Judgment, as follows:

1. This Court has subject-matter jurisdiction over this action pursuant to 15 U.S.C. § 1121, 28 U.S.C. § 1338(a) for alleged violations of the federal Lanham Act, and pursuant to 28 U.S.C. § 1367(a) for AmeriColor's state law claims.

2. Among other products, AmeriColor manufactures, markets and sells food color in packaging comprising a .6 to .75 ounce Boston round bottle with a round flip-top cap and a product label of the size and shape depicted below (collectively, but excluding the content of said label, the "AmeriColor Trade Dress").

3. Kosto has acknowledged that AmeriColor is the owner of all rights in and to the AmeriColor Trade Dress.

4. AmeriColor has alleged that Kosto has made unauthorized use of the AmeriColor Trade Dress by manufacturing, marketing and/or selling products in packaging confusingly similar to the AmeriColor Trade Dress.

5. Kosto – and to the extent it controls them its agents, affiliates, and all persons and entities acting in concert with Kosto – shall not make, have made, use, sell, or offer for sale any products with the AmeriColor Trade Dress, except as might be permitted pursuant to a written license between the Parties.

6. Kosto has entered into this Consent Judgment freely and without coercion, and thus fully consents to its entry. Further, Kosto has read and fully understands the provisions of this Consent Judgment, and is prepared to abide by them.

7. The Parties shall each bear their own attorneys' fees and costs associated with this Action.

By their signatures below, the Parties hereby consent to the terms and conditions of this Consent Judgment.

IT IS SO STIPULATED.

Dated: December 18, 2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ Carlo F. Van den Bosch
       CARLO F. VAN DEN BOSCH

Attorneys for Plaintiff
AMERICOLOR CORPORATION

Dated: December 18, 2017

HANSON LAW GROUP LLP

By    /s/ Kyle B. Hanson
       KYLE B. HANSON

Attorneys for Defendant
KOSTO FOOD PRODUCTS CO.

**ORDER**

Good cause appearing, **IT IS SO ORDERED.**

Dated: December 19, 2017

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE